**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

*November 01, 2024*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § | |
| v. | § § | Criminal No. |
| **JOHN LEE PRICE** | § § | **4:24-cr-565** |
| **Defendant.** | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
**(Use of an Interstate Facility to Commit Arson)**

On or about June 12, 2020, in the Southern District of Texas,

**JOHN LEE PRICE,**

defendant herein, while aiding and abetting others, did willfully use a facility in interstate commerce, namely a cell phone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, arson in violation of Title 18, United States Code, Section 844(i), and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

**In violation of Title 18, United States Code, Section 1952(a)(3) and Section 2.**

ALAMDAR HAMDANI
UNITED STATES ATTORNEY

By: *Sebastian A. Edwards*
Sebastian A. Edwards
Eun Kate Suh
Assistant United States Attorneys

1