<table>
<tr><td>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

</td><td>

United States Courts
Southern District of Texas
FILED

*June 16, 2026*

Nathan Ochsner, Clerk of Court

</td></tr>
</table>

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**JOHN LEE PRICE**,

        Defendant.

**Case No.** 4:24-CR-565-S

## S U P E R S E D I N G   I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

### (Conspiracy to Commit Arson)

Beginning on an unknown date, but no later than on or about June 11, 2020, and continuing through at least on or about June 12, 2020, said dates being approximate, in the Southern District of Texas, the defendant,

### JOHN LEE PRICE

did knowingly and willfully combine, conspire, confederate, and agree with others, both known and unknown to the United States Attorney, to maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building used in interstate commerce, and in activities affecting interstate commerce, to wit, Bar 5015, a bar and restaurant located at 5015 Almeda Road, Houston, Texas.

### Object of the Conspiracy

It was the object of the conspiracy for the defendant, **JOHN LEE PRICE**, and others

1

known and unknown to the United States Attorney to maliciously damage and destroy, by means of fire, Bar 5015, a bar and restaurant at 5015 Almeda Road, Houston, Texas, for their own financial gain.

### Overt Acts

In furtherance of the conspiracy, and to affect the object thereof, the defendant, **JOHN LEE PRICE**, committed one or more of the following overt acts in the Southern District of Texas:

1. On or between June 11 - 12, 2020, **JOHN LEE PRICE** entered into an agreement with LYNDELL LEROY PRICE to put a crew together to set fire to Bar 5015 exchange for payment.

2. In the early morning hours of June 12, 2020, **JOHN LEE PRICE**, ARMANI WILLIAMS, MIZIAH SHEPHERD, and JAVON HARRIS purchased gasoline, gas cans, and face coverings at a truck stop in Houston, Texas.

3. In the early morning hours of June 12, 2020, **JOHN LEE PRICE**, ARMANI WILLIAMS, MIZIAH SHEPHERD, and JAVON HARRIS drove to and parked near the Bar 5015 location in a black Ford Fusion.

4. At approximately 4:42 am on June 12, 2020, **JOHN LEE PRICE**, ARMANI WILLIAMS, MIZIAH SHEPHERD, and JAVON HARRIS entered the deck area of Bar 5015 and poured gasoline across the deck area as well as down the entrance ramp.

5. At approximately 4:44 a.m. on June 12, 2020, **JOHN LEE PRICE**, ARMANI WILLIAMS, MIZIAH SHEPHERD, and JAVON HARRIS lit a piece of paper and ignited a trail of gasoline they poured down the entrance ramp.

2

6. At approximately 4:47 a.m. on June 12, 2020, **JOHN LEE PRICE** called LYNDELL LEROY PRICE and advised him that the arson was complete.

7. On or about June 12, 2020, LYNDELL LEROY PRICE paid **JOHN LEE PRICE** for setting fire to Bar 5015.

All in violation of Title 18, United States Code, Section 371.


JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY


By:    *Sebastian A. Edwards*

Sebastian A. Edwards
Keri Fuller
Assistant United States Attorneys